| GRIMALDI & EGLOFF | :: | NO. 7494 |
| | :: | |
| VS. | :: | COURT OF |
| | :: | |
| WILL J. MORGAN | :: | APPEAL |

. . . . . . . . . . . . . . . . . .

Max Dinkelspiel, Judge.

Plaintiffs brough suit in the First City Court against the defendant, on a plumber bill, claiming a balance due them, Seventy Nine Dollars and Forty Cents, ($79.40) with five per cent interest from date.

Citation issued, served August 9th, 1918, Judgment rendered same day.

Notice of Judgment served on defendant, September 3rd, 1918.

Motion and order for appeal filed September 13th, 1918.

There was no appearance in the Lower Court and Judgment was rendered after the legal delays had elapsed, and Plaintiffs' making full proof of their claim.

Subsequently defendant filed suit in the First City Court, alleging want of citation in the original suit, and praying for annulment of the original judgment.

After hearing all parties in interest, the Judge of the City Court on the 12th day of February 1919, decided:

"This cause having been submitted to the Court for adjudication on November 19th, 1918, on the petition of defendant Will J. Morgan, to annul the Judgment herein heretofore rendered for the reasons/assigned, the law and the evidence being in favor of petitioner, hxhxxxx orally

It is ordered, adjudged and decreed:

That the Judgment heretofore rendered herein, on August 14th, 1918 in favor of plaintiff, Grimaldi & Egloff, and against the defendant, Will J. Morgan, in the sum of Seventy Nine Dollars and Forty Cents ($79.40),

with legal interest from date until paid, and costs, be and the same is hereby, annulled, set aside and avoided as of no force and effect.

It is further ordered, adjudged and decreed:

That plaintiff in suit and defendant in suit to anull, Grimaldi & Egloff pay all costs of this proceeding."

Judgment rendered and signed in Open Court on the 13th day of February, 1919.

Arthur Landry,
Judge.

It is evident that the Judgment of annullity, rendered by his Honor, of the First City Court after due proceedings had, must now be maintained and therefore that the Plaintiff, Grimaldi & Egloff in their suit on appeal in this Court be dismissed at their cost. C.O.P.#607. also State ex rel Somerville Pelletier VS Sommerville 112 La 1091.